IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MARTIN GRIEGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIV No. 14-250 WPL ) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING MOTION FOR VOLUNARY REMAND

Upon consideration of Defendant's Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (2006), the Court hereby **REVERSES** the Commissioner's decision in this matter and **REMANDS** the cause to the Defendant for further administrative proceedings as set forth. *Shalala v. Schaefer*, 509 U.S. 292 (1993).[1]

Upon remand, the Appeals Council will direct the ALJ to clarify the effect of Plaintiff's specific functional limitations on his ability to perform work and ask the vocational expert to address any apparent inconsistencies between the vocational expert's testimony and the Dictionary of Occupational Titles.

AND IT IS SO ORDERED.

*William P. Lynch*
WILLIAM P. LYNCH
United States Magistrate Judge

---

[1] The Clerk will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

SUBMITTED AND APPROVED BY:


*Electronically submitted 12/5/14*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronically approved 12/5/14*
GARY MARTONE
FELIZ M. MARTONE
SARAH l. MAESTAS BARNES
Attorneys for Plaintiff